Electronically Filed - JACKSON - KANSAS CITY - August 02, 2023 - 10:24 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| RAECHEL GUSTIN,<br>and<br>DAVID GUSTIN,<br>506 East Street<br>Lathrop, Missouri 64465<br><br>     Plaintiffs,<br>v.<br><br>LM GENERAL INSURANCE COMPANY<br>d/b/a LIBERTY MUTUAL INS. CO.<br>    Serve: Director of Insurance<br>        301 West High Street, Room 530<br>        Jefferson City, MO 65105<br><br>    Defendant.<br><br>(Interrogatories and Request for Production<br>of Documents to be Served Contemporaneously<br>with this Petition) | Case No. _____<br>Division:\_\_\_\_ |

## PETITION FOR DAMAGES

Plaintiffs Raechel Gustin and David Gustin state the following for their cause of action against Defendant LM General Insurance Company, d/b/a Liberty Mutual Insurance Company.

### THE PARTIES

1.     Plaintiffs are individuals over the age of 18, and they reside at 506 East Street, Lathrop, Clinton County, Missouri 64465.

2.     Defendant LM General Insurance Company d/b/a Liberty Mutual Insurance Company ("Defendant Liberty Mutual"), is a foreign corporation in good standing in the State of Missouri, organized and existing under the laws of the State of Massachusetts.

3.     Defendant Liberty Mutual is registered to conduct insurance business within the

1

EXHIBIT
A

state and may be served through the Director of the Department of Insurance, 301 W. High Street, Room 530, Jefferson City, Missouri 65101 per RSMo. Sections 375.261 and 375.906.

JURISDICTION AND VENUE

4.      Defendant Liberty Mutual has sufficient minimum contact with the State of Missouri that the maintenance of suit does not offend traditional notions of fair play and substantial justice as the Defendant procures insurance business within the State of Missouri, issues policies to insureds, insures interests in the State of Missouri and insures vehicles principally garaged and/or registered in the State of Missouri and otherwise conducts substantial business in the State of Missouri.  Specifically, Defendant has transacted business within the State, made a contact within the state and contracted to insure the Plaintiffs who are residents of the State by insuring their automobiles which are garaged and registered in the State. Jurisdiction over this Defendant comports with the due process requirements of Missouri and the United States Constitutions.

5.      Venue is proper in this Court because this is a non-tort action, and an insurance corporation, foreign and domestic may be sued in any county where they have an agent or office for the transaction of usual and customary business pursuant to *State ex. Rel. Auto Owners Ins. Co. vs. Messina,* 331 S.W. 3d 662 (Mo. 2011).

ALLEGATIONS COMMON TO ALL COUNTS

6.      The events giving rise to this action stem from an automobile crash that occurred on June 21, 2020.

7.      On the date of the crash, Plaintiffs were hit and run off the road by a drunk driver on I-435 in Parkville, Missouri.  Plaintiffs' car flipped over before coming to rest east of I-435.

2

8.      The crash was caused by Darrin Wright, who failed to use the highest degree of care in the operation of his vehicle in one or more of the following respects:

(a)      Driving while intoxicated;

(b)      Failing to keep a careful lookout;

(c)      Following too closely;

(d)      Failing to keep her vehicle under control;

(e)      Failing to brake and/or stop;

(f)      Failing to avoid crashing into Plaintiffs' vehicle;

(g)      Driving at a speed that he was unable to stop within his range of vision;

(h)      Improperly changing lanes;

(i)      Failing to use the highest degree of care and should have known there was a reasonable likelihood of a crash to have stopped, swerved or slackened speed or sound a warning but he failed to do so and instead crashed into Plaintiffs' vehicle; and

(j)      Any combination of the above.

9.      As a direct and proximate result of the crash, Plaintiff Raechel Gustin suffered physical injuries. Raechel Gustin suffered a traumatic brain injury and injury to her head, neck, torso, abdomen, back, resulting in pain, suffering and disability, as well as mental anguish and permanency.

10.      Plaintiff Raechel Gustin has in the past incurred substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

11.      Plaintiff Raechel Gustin will continue to incur substantial expense for

3

doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

12.     As a direct and proximate result of the crash, Plaintiff David Gustin suffered physical injuries.  David Gustin suffered injuries to his neck, right shoulder, right hand, ribs and back resulting in pain, suffering and disability as well as mental anguish and permanency.

13.     Plaintiff David Gustin has in the past incurred substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

14.     Plaintiff David Gustin will continue to incur substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

15.     The crash caused or contributed to cause injuries to Plaintiffs Raechel Gustin and David Gustin, resulting in treatment with multiple medical providers.

## COUNT I – BREACH OF CONTRACT

16.     Plaintiffs incorporate by reference each paragraph of this Petition for Damages as if fully set forth herein.

17.     Prior to the crash, Defendant Liberty Mutual issued a policy of insurance to Plaintiffs covering their 2009 Mitsubishi Galant automobile, policy number AOS-248-587147-40.

18.     In exchange for monthly premiums being timely paid, Defendant Liberty Mutual made a contractual agreement under the Policy to pay Underinsured Motorist coverage (UIM) under the policy in the amount up to the limits $250,000.00 for Each Person and

4

$500,000.00 for Each Accident, for "compensatory damages which an 'insured' is legally entitled to recover from the owner/operator of an 'underinsured motorist vehicle' because of 'bodily injury': 1. Sustained by an 'insured'; and 2. Caused by an accident."

19.    Tortfeasor Darrin Wright's liability carrier paid its combined limits of liability insurance to the Plaintiffs and their minor son in the amount of $100,000.00.

20.    Tortfeasor Darrin Wright's liability carrier paid its liability insurance limit of $50,000.00 to the Plaintiff Raechel Gustin.

21.    Tortfeasor Darrin Wright's liability carrier paid its liability insurance limit of $500.00 to the Plaintiff David Gustin.

22.    Plaintiff Raechel Gustin sustained injuries and damages in excess of the $50,000.00 liability limit carried by Darrin Wright, and Plaintiff David Gustin sustained injuries and damages in excess of the $50,000.00 liability limit carried by Darrin Wright.

23.    Darrin Wright is thus an Underinsured Motorist under the insurance contract referenced above between Plaintiffs and Defendant Liberty Mutual.

24.    Plaintiffs have made written demand upon defendant Liberty Mutual, in accordance with RSMo. Sections 375.296, 375.420 and 408.020 to pay Underinsured Motorist coverage (UIM) in connection with the bodily injuries they sustained in the crash.

25.    Plaintiffs have met all conditions precedent under the Policy to each claim Underinsured Motorist coverage (UIM).

26.    Defendant Liberty Mutual has rejected, failed, refused and continues to reject, fail and refuse Plaintiffs' demands for full payment for Plaintiffs' compensatory injuries under the underinsured motorist coverage and by its ongoing rejection, failure and refusal to pay, Defendant Liberty Mutual has thereby breached its contractual obligations under the Policy.

5

27.     As a direct and proximate result of the crash, Plaintiff Raechel Gustin suffered physical injuries. Raechel Gustin suffered a traumatic brain injury and injury to her head, neck, torso, abdomen, back, resulting in pain, suffering and disability, as well as mental anguish and permanency.

28.     Plaintiff Raechel Gustin has in the past incurred substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

29.     Plaintiff Raechel Gustin will continue to incur substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

30.     As a direct and proximate result of the crash, Plaintiff David Gustin suffered physical injuries. David Gustin suffered injuries to his neck, right shoulder, right hand, ribs and back resulting in pain, suffering and disability as well as mental anguish and permanency.

31.     Plaintiff David Gustin has in the past incurred substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

32.     Plaintiff David Gustin will continue to incur substantial expense for doctors, physicians, hospitals, pharmaceuticals, medical procedures, and other medical care and treatment.

33.     The crash caused or contributed to cause injuries to Plaintiffs Raechel Gustin and David Gustin, resulting in treatment with multiple medical providers.

WHEREFORE, Plaintiffs pray that this Court enter judgment against Defendant Liberty

6

Mutual for a reasonable sum of damages as will fairly and justly compensate Plaintiffs, for their costs incurred herein, and for such other and further relief as the Court may deem just and proper under the circumstances.

<u>COUNT II. VEXATIOUS REFUSAL</u>

34.     Plaintiffs incorporate by reference each paragraph of this Petition for Damages as if fully set forth herein.

35.     Plaintiffs, by and through undersigned counsel, made a formal written demand upon defendant Liberty Mutual for payment under the underinsured motorist provisions of the Policy.

36.     Defendant Liberty Mutual's failure to pay such demand was vexatious and without reasonable cause.

37.     Pursuant to RSMo. Sections 375.296, 375.420 and 408.020, Defendant Liberty Mutual is liable to Plaintiffs for prejudgment interest, statutory penalties, and Plaintiffs' reasonable attorney's fees.

WHEREFORE, Plaintiffs pray for judgment against Defendant Liberty Mutual for an amount that would be fair and reasonable as determined by the Court or jury, together with the costs of prosecuting this action, penalties, interest and attorney's fees pursuant to RSMo. Sections 375.286, 375.420, and 408.020, and for such other and additional relief as the Court deems just and proper.

Respectfully Submitted,

HOUSE LAW LLC

<u>/s/ Aaron M. House</u>
Aaron M. House, MO 57723
800 West 47th Street, Suite 705
Kansas City, MO 64112
ph: 816-875-4260
fax: 855-717-5816
aaron@houselawkc.com
ATTORNEY FOR PLAINTIFFS

7

Electronically Filed - JACKSON - KANSAS CITY - August 02, 2023 - 10:24 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | | |
|---|---|---|
| RAECHEL GUSTIN,<br>and<br>DAVID GUSTIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. _____<br>Division:_____ |
| LM GENERAL INSURANCE COMPANY<br>d/b/a LIBERTY MUTUAL INS. CO. | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiffs by and through their counsel, and pursuant to Local Rule 4.9 of

Jackson County Court Rules, hereby moves for the appointment of D&B Legal Services, Inc.:

Legal Names(s):

| | | |
|---|---|---|
| Alisha Allen PPS23-0003 | Daniel Grubbs PPS23-0394 | Greg Noll PPS23-0124 |
| Sallie Bailey PPS23-0222 | Darnell Hamilton PPS23-0066 | Cody Patton PPS23-0133 |
| Carl Barnett PPS23-0007 | James Hannah PPS23-0067 | Mike Perry PPS23-0135 |
| Thomas Bogue PPS23-0015 | Rufus Harmon PPS23-0358 | Carrie Pfeifer PPS23-0137 |
| Scott Brady PPS23-0018 | Stephen Heitz PPS23-0269 | Elizabeth Phillips PPS23-0309 |
| Randy Burrow PPS23-0022 | Bridgette Hight PPS23-0074 | Craig Poese PPS23-0138 |
| Gary Burt PPS23-0023 | James Hise PPS23-0075 | Bill Powell PPS23-0141 |
| Steven Butcher PPS23-0234 | Jennifer Hyman PPS23-0082 | Dee Powell PPS23-0142 |
| Bobby Calvert PPS23-0026 | Patrick D Jones PPS23-0086 | Samantha Powell PPS23-0143 |
| Carolyn Champlin PPS23-0029 | Chelsey Ketron PPS23-0087 | Curtiss Press PPS23-0145 |
| Matthew Church PPS23-0350 | Leisa Ketron PPS23-0088 | Kenneth Prewett PPS23-0146 |
| Glen Cobb PPS23-0030 | Brent Kirkhart PPS23-0089 | Benjamin Purser PPS23-0148 |
| Monica Cobbs PPS23-0031 | Janice Kirkhart PPS23-0090 | Mark Rauss PPS23-0314 |
| Kory Crawshaw PPS23-0448 | Tyler Kirkhart PPS23-0091 | Kathy Rulo PPS23-0165 |
| David Dice PPS23-0353 | Cody Kyser PPS23-0093 | Edna Russell PPS23-0166 |
| Christopher Drummond PPS23-0249 | Kenneth Marshall PPS23-0454 | Westley Seifert PPS23-0168 |
| Anthony Dunne PPS23-0251 | Michael C Meador PPS23-0111 | Joe Sherrod PPS23-0169 |
| William Ferrell PPS23-0258 | Maria Meier PPS23-0402 | Thomas Skinner PPS23-0174 |
| Brandon Fisher PPS23-0053 | Heather Merfen PPS23-0115 | Anthony Spada PPS23-0179 |
| James Frago PPS23-0054 | Matthew Millhollin PPS23-0117 | Barbara Steil PPS23-0182 |
| John Frago PPS23-0055 | Corbin Monie PPS23-0118 | Jessica Stone PPS23-0406 |
| Bradley Gordon PPS23-0059 | Jason Moody PPS23-0456 | Randy Stone PPS23-0184 |
| Thomas Gorgen PPS23-0060 | Wayne Mullen PPS23-0457 | Sonja Stone PPS23-0185 |
| | Jeremy Nicholas PPS23-0119 | Daniel Swinney PPS23-0190 |
| | Michael Noble PPS23-0123 | Ryan E Weekley PPS23-0199 |

Electronically Filed - JACKSON - KANSAS CITY - August 02, 2023 - 10:24 AM

| | | |
|---|---|---|
| Ryan M Weekley PPS23-200 | Gregory Willing PPS23-0206 | Andrew Wheeler PPS23-0462 |
| Robert Weishar PPS23-0201 | Conni Wilson PPS23-0208 | Greg Zotta PPS23-0344 |
| Andrew Wickliffe PPS23-0203 | Lana Wiseman PPS23-0209 | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiffs state that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct, who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age.

Respectfully Submitted,

HOUSE LAW LLC

*/s/ Aaron M. House*
Aaron M. House, MO 57723
800 West 47th Street, Suite 705
Kansas City, MO 64112
Telephone: 816-875-4260
Facsimile: 855-717-5816
aaron@houselawkc.com
ATTORNEY FOR PLAINTIFFS

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Plaintiffs' Motion for Appointment of Private Process Server is sustained and the named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____      _____

Judge or Circuit Clerk

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

RAECHEL GUSTIN,

                     **PLAINTIFF(S),**              **CASE NO. 2316-CV20380**

**VS.**                                     **DIVISION 7**

LM GENERAL INSURANCE COMPANY,

                     **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable S MARGENE BURNETT on 21-NOV-2023 in DIVISION 7 at 09:00 AM. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

_/S/ S MARGENE BURNETT_
S MARGENE BURNETT, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
AARON MICHAEL HOUSE, 800 WEST 47TH STREET, SUITE 705, KANSAS CITY, MO 64112

Defendant(s):
LM GENERAL INSURANCE COMPANY

Dated: 03-AUG-2023                    BEVERLY A. NEWMAN
                                      Court Administrator

Electronically Filed - JACKSON - KANSAS CITY - August 02, 2023 - 10:24 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| RAECHEL GUSTIN,<br>and<br>DAVID GUSTIN, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| LM GENERAL INSURANCE COMPANY<br>d/b/a LIBERTY MUTUAL INS. CO. | )<br>) |
| | ) |
| Defendant. | ) |

Case No. _____
Division:_____

### MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiffs by and through their counsel, and pursuant to Local Rule 4.9 of

Jackson County Court Rules, hereby moves for the appointment of D&B Legal Services, Inc.:

Legal Names(s):

| | | |
|---|---|---|
| Alisha Allen PPS23-0003 | Daniel Grubbs PPS23-0394 | Greg Noll PPS23-0124 |
| Sallie Bailey PPS23-0222 | Darnell Hamilton PPS23-0066 | Cody Patton PPS23-0133 |
| Carl Barnett PPS23-0007 | James Hannah PPS23-0067 | Mike Perry PPS23-0135 |
| Thomas Bogue PPS23-0015 | Rufus Harmon PPS23-0358 | Carrie Pfeifer PPS23-0137 |
| Scott Brady PPS23-0018 | Stephen Heitz PPS23-0269 | Elizabeth Phillips PPS23-0309 |
| Randy Burrow PPS23-0022 | Bridgette Hight PPS23-0074 | Craig Poese PPS23-0138 |
| Gary Burt PPS23-0023 | James Hise PPS23-0075 | Bill Powell PPS23-0141 |
| Steven Butcher PPS23-0234 | Jennifer Hyman PPS23-0082 | Dee Powell PPS23-0142 |
| Bobby Calvert PPS23-0026 | Patrick D Jones PPS23-0086 | Samantha Powell PPS23-0143 |
| Carolyn Champlin PPS23-0029 | Chelsey Ketron PPS23-0087 | Curtiss Press PPS23-0145 |
| Matthew Church PPS23-0350 | Leisa Ketron PPS23-0088 | Kenneth Prewett PPS23-0146 |
| Glen Cobb PPS23-0030 | Brent Kirkhart PPS23-0089 | Benjamin Purser PPS23-0148 |
| Monica Cobbs PPS23-0031 | Janice Kirkhart PPS23-0090 | Mark Rauss PPS23-0314 |
| Kory Crawshaw PPS23-0448 | Tyler Kirkhart PPS23-0091 | Kathy Rulo PPS23-0165 |
| David Dice PPS23-0353 | Cody Kyser PPS23-0093 | Edna Russell PPS23-0166 |
| Christopher Drummond PPS23-0249 | Kenneth Marshall PPS23-0454 | Westley-Seifert PPS23-0168 |
| Anthony Dunne PPS23-0251 | Michael C Meador PPS23-0111 | Joe Sherrod PPS23-0169 |
| William Ferrell PPS23-0258 | Maria Meier PPS23-0402 | Thomas Skinner PPS23-0174 |
| Brandon Fisher PPS23-0053 | Heather Merfen PPS23-0115 | Anthony Spada PPS23-0179 |
| James Frago PPS23-0054 | Matthew Millhollin PPS23-0117 | Barbara Steil PPS23-0182 |
| John Frago PPS23-0055 | Corbin Monie PPS23-0118 | Jessica Stone PPS23-0406 |
| Bradley Gordon PPS23-0059 | Jason Moody PPS23-0456 | Randy Stone PPS23-0184 |
| Thomas Gorgen PPS23-0060 | Wayne Mullen PPS23-0457 | Sonja Stone PPS23-0185 |
| | Jeremy Nicholas PPS23-0119 | Daniel Swinney PPS23-0190 |
| | Michael Noble PPS23-0123 | Ryan E Weekley PPS23-0199 |

| | | |
|---|---|---|
| Ryan M Weekley PPS23-200 | Gregory Willing PPS23-0206 | Andrew Wheeler PPS23-0462 |
| Robert Weishar PPS23-0201 | Conni Wilson PPS23-0208 | Greg Zotta PPS23-0344 |
| Andrew Wickliffe PPS23-0203 | Lana Wiseman PPS23-0209 | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiffs state that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct, who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age.

Respectfully Submitted,

HOUSE LAW LLC

*/s/ Aaron M. House*
Aaron M. House, MO 57723
800 West 47th Street, Suite 705
Kansas City, MO 64112
Telephone: 816-875-4260
Facsimile: 855-717-5816
aaron@houselawkc.com
ATTORNEY FOR PLAINTIFFS

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Plaintiffs' Motion for Appointment of Private Process Server is sustained and the named individuals are hereby appointed to serve process in the above captioned matter.

08/03/2023
DEPUTY COURT ADMINISTRATOR

 IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>S MARGENE BURNETT | Case Number: 2316-CV20380 |
|---|---|
| Plaintiff/Petitioner:<br>RAECHEL GUSTIN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>AARON MICHAEL HOUSE<br>800 WEST 47TH STREET<br>SUITE 705<br>KANSAS CITY, MO 64112 |
| Defendant/Respondent:<br>  LM GENERAL INSURANCE COMPANY<br>DBA:  LIBERTY MUTUAL INS. CO. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  LM GENERAL INSURANCE COMPANY
**Alias:**
**DBA:  LIBERTY MUTUAL INS. CO.**

# PRIVATE PROCESS SERVER

DIRECTOR OF INSURANCE
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65105

*COURT SEAL OF*



*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-AUG-2023
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by:  (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with
_____ a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).
☐ other _____ .
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

*(Seal)*     **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on each defendant/respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 23-SMCC-8711  1  of  1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:23-cv-00660-RK    Document 1-1    Filed 09/20/23    Page 14 of 22

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>S MARGENE BURNETT | Case Number: 2316-CV20380 |
|---|---|
| Plaintiff/Petitioner:<br>RAECHEL GUSTIN | Plaintiff's/Petitioner's Attorney/Address<br>AARON MICHAEL HOUSE<br>800 WEST 47TH STREET<br>SUITE 705<br>KANSAS CITY, MO 64112 |
| vs. | |
| Defendant/Respondent:<br>LM GENERAL INSURANCE COMPANY<br>DBA: LIBERTY MUTUAL INS. CO. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: LM GENERAL INSURANCE COMPANY
Alias:
DBA: LIBERTY MUTUAL INS. CO.

**PRIVATE PROCESS SERVER**

DIRECTOR OF INSURANCE
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65105

COURT SEAL OF

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-AUG-2023
Date

JACKSON COUNTY

Further Information

Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to
Joni Hardins (name) Authorized Agent (title).

☐ other

Served at 301 W. High St. Jefferson City, Mo (address)

in Cole (County/City of St. Louis), MO, on 8-22-23 (date) at 8:20 Am (time).

Rufus R. Harmon
Printed Name of Sheriff or Server

Rufus R. Harmon
Signature of Sheriff or Server

Donal R. Meyr
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Cole County
My Commission Expires: March 3, 2025
ID. #13435325

Must be sworn before a notary public if not served by an authorized officer.

Subscribed and sworn to before me on 08-27-2023 (date).

My commission expires: 03-03-2025
Date

Donna R. Meyr
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $._____ per mile) |
| Total | $ |

A copy of the summons and petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 23-SMCC-8711  1 of 1Civil Procedure Form No. 1, Rules 54.01 - 54.05, 54 13, and 54.20, 506.120 - 506 140, and 506.150 RSMo

State of Missouri

# Department of Commerce and Insurance



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of F I L E D

DEPT OF CIVIL RECORDS
COURT ADMINISTRATOR'S OFFICE

LM GENERAL INSURANCE COMPANY
CSC LAWYERS INCORPORATING SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

AUG 3 0 2023

CIRCUIT COURT OF JACKSON CO., MO

BY_____DCA

**RE:** Court: Jackson Co. at Kansas City, Case Number: 2316-CV20380

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Tuesday, August 22, 2023.

*Chlora Lindley-Myers*

Director of Commerce and Insurance

---

AFFIDAVIT

State of Missouri,

        ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on *Aug. 22, 2023* by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: *Toni Harding*

Subscribed and sworn to before me this 22 day of *August, 2023*

Notary Public

My commission expires:

KIMBERLY LANDERS
My Commission Expires
May 18, 2024
Callaway County
Commission #12558402

NOTARY
SEAL

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-4199 / RelayMo TTY Dial 711 or 1-800-735-2966 (Hearing Impaired)
http://www.dci.mo.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LM GENERAL INSURANCE
   COMPANY
   CSC LAWYERS
   INCORPORATING SERVICE
   221 BOLIVAR STREET
   JEFFERSON CITY, MO 65101

   9590 9402 8200 3030 9721 41

2. Article Number (Transfer from service label)

   7021 2720 0002 7830 6982

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

8/23/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

8/24

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

RAECHEL GUSTIN,                           )
and                                       )
DAVID GUSTIN,                             )
                                          )
     Plaintiffs,         )
v.                                        )    Case No. <u>2316-CV20380</u>
                                          )    Division: <u>7</u>
LM GENERAL INSURANCE COMPANY              )
d/b/a LIBERTY MUTUAL INS. CO.             )
                                          )
     Defendant.          )

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 22nd day of August, 2023, Plaintiffs served upon Defendant, an original and one copy in Microsoft Word format on a cd, along with the Summons packet (Petition, Motion and Order for Special Process Server and Notice of Cas Management Conference for Civil Case and Order For Mediation), the following:

1. Plaintiffs' First Interrogatories Propounded Upon Defendant LM General Insurance Company; and

2. Plaintiff's First Requests for Production of Documents to Defendant LM General Insurance Company.

                             Respectfully Submitted,

                             HOUSE LAW LLC

                             */s/ Aaron M. House*
                             Aaron M. House, MO 57723
                             800 West 47th Street, Suite 705
                             Kansas City, MO 64112
                             Telephone: 816-875-4260
                             Facsimile: 855-717-5816
                             aaron@houselawkc.com
                             ATTORNEY FOR PLAINTIFFS

1

Electronically Filed - JACKSON - KANSAS CITY - August 31, 2023 - 02:04 PM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

*/s/ Aaron M. House*
ATTORNEY FOR PLAINTIFFS

2

# Brandy Modin

**From:** Omar Husain
**Sent:** Wednesday, September 20, 2023 3:47 PM
**To:** Brandy Modin
**Subject:** Re: Saracino - Dismissal Docs

Yes

Thanks,

Omar Husain
Schaffer & Associates, Chtd.
10561 Barkley Street, Suite 620
Overland Park, KS 66212
(913) 345-0100
(913) 345-1802 Facsimile

**From:** Brandy Modin <bmodin@schafflaw.com>
**Sent:** Wednesday, September 20, 2023 2:36:33 PM
**To:** Omar Husain <ohusain@schafflaw.com>
**Subject:** RE: Saracino - Dismissal Docs

Do we just need the Stipulation and Order of Dismissal?

Brandy Modin
Schaffer & Associates, Chartered
10561 Barkley Street, Suite 620
Overland Park, KS 66212
(913) 345-0100
(913) 345-1802 Facsimile

CONFIDENTIAL: The information contained in this message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email and telephone. Then, please permanently delete the original email and all copies of it.

**From:** Omar Husain <ohusain@schafflaw.com>
**Sent:** Wednesday, September 20, 2023 11:18 AM
**To:** Brandy Modin <bmodin@schafflaw.com>
**Subject:** Saracino - Dismissal Docs

B – could you please draft some dismissal docs for Saracino v LM?

2222-CC09263 - BARTHOLOMEW SARACINO ET AL V AMERICAN ECONOMY INSURANCE COMPANY

City of St. Louis Circuit Court, MO

Please let me know if you have any questions.

Thanks,

Omar S. Husain
Schaffer & Associates, Chtd.
10561 Barkley Street, Suite 620
Overland Park, KS  66212
(913) 345-0100
(913) 345-1802 Facsimile
ohusain@schafflaw.com

CONFIDENTIAL: The information contained in this message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email and telephone. Then, please permanently delete the original email and all copies of it.

You are further notified that (1) email communication is not a secure method of communication; (2) any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.  I am communicating to you via email because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know at once.