IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RAECHEL GUSTIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00660-RK |
| | ) | |
| | ) | |
| LM GENERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff and Defendant, by and through their attorneys of record, and hereby stipulate and agree that this case, having been fully settled and compromised, may be and the same is hereby dismissed with prejudice to any future action in the premises with each party to bear their own costs.

*Respectively Submitted,*

SCHAFFER & ASSOCIATES, CHARTERED

*/s/Mark B. Schaffer*
Mark B. Schaffer          MO# 52533
mschaffer@schafflaw.com
10561 Barkley Street, Suite 620
Overland Park, KS 66212
(913) 345-0100 FAX (913) 345-1802
*ATTORNEY FOR DEFENDANT*

HOUSE LAW LLC

*/s/Aaron M. House*
Aaron M. House          MO# 57723
800 West 47th Street, Suite 705
Kansas City, MO 64112
(816) 875-4260 FAX (855) 717-5816
aaron@houselawkc.com

and

GRIGGS INJURY LAW, LLC


/s/L. Annette Griggs
L. Annette Griggs          MO#53147
800 W. 47th Street, Suite 705
Kansas City, Missouri 64112
Phone: 816-474-0202
Fax: 816-474-0201
annette@laglawkc.com
***ATTORNEYS FOR PLAINTIFFS***